**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated:  November 10 2025**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 25-31433 |
| | | Judge John Gustafson |
| TJ Trucking Enterprises, LLC | * | |
| Debtor | * | Chapter 11 Proceeding, Subchapter V |
| | * | |
| * | * | * |

---

### ORDER CONFIRMING CONSENSUAL PLAN UNDER SUBCHAPTER V OF CHAPTER 11

---

This matter came on before the Court for a confirmation hearing upon the Plan (Doc. 98) ("the Plan") filed by the Debtor, TJ Trucking Enterprises, LLC ("Debtor"); a copy of the same having been transmitted to creditors and equity security holders. Appearing at the confirmation hearing, which was held telephonically by the Court, were: (1) Eric Neuman, on behalf of the

25-31433-jpg   Doc 112   FILED 11/10/25   ENTERED 11/10/25 13:45:09   Page 1 of 4

Debtor; (2) Timothy Bennor, Managing Member of the Debtor; (3) Milos Gvozdenovic, on behalf of Sun Federal Credit Union: (4) Thomas Henderson, on behalf of Banc of America Leasing and Capital, LLC; (5) John Murray, on behalf of Transport Alliance Bank; (6) Patricia Fugée, Subchapter V Trustee; and (7) Amy L. Good, on behalf of Andrew Vara, the United States Trustee for Region 9.

The Court would now find that the Plan and the Order Setting Confirmation Hearing and related Deadlines (Doc. No. 99) was served upon all creditors and parties in interests as required pursuant to said Order, and that no Objections to the Plan were filed within the time provided in said Order.

The Court would further find that the Debtor caused to be filed a Summary of Ballots (Doc. No. 109). ("the Summary of Ballots"). Pursuant to said Summary of Ballots, the Court would also find that all Classes, which were impaired and for which claims were filed, voted to affirmatively accept the Plan with the exception of Class 4, regarding the treatment of the claim of Sun Federal Credit Union, and Class 6, regarding the treatment of the claim of Banc of America Leasing and Capital, LLC, but that such Classes affirmatively accepted the Plan based on the following: (1) with respect to Class 4, Attorney Milos Gvozdenovic, on behalf of Sun Federal Credit Union, appeared at the confirmation and orally approved of the Plan; and (2), with respect to Class 6, Thomas Henderson, on behalf of Banc of America Leasing and Capital, LLC, appeared at the confirmation and orally of approved of the Plan.

Based thereon, and based upon the findings made by the Court at the confirmation hearing, the Court now finds that all the requirements for the confirmation of a consensual plan set forth in 11 U.S.C. § 1191(a) have been satisfied.

25-31433-jpg    Doc 112    FILED 11/10/25    ENTERED 11/10/25 13:45:09    Page 2 of 4

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

The Plan filed by the Debtor on September 19, 2025, at Docket Number 98, is hereby **CONFIRMED** as a consensual Small Business Subchapter V plan pursuant to 11 U.S.C. § 1191(a).

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1183(c)(1), the services of the Subchapter V Trustee, Patricia Fugée, shall terminate, without further notice or hearing, upon the Plan being substantially consummated, and consistent with 11 U.S.C. § 1183(c)(2), the Debtor shall file notice of the substantial consummation of the Plan no later than 14 days after substantial consummation of the Plan and shall serve such notice thereof on the Subchapter V Trustee, the United States Trustee, and all parties in interest.

**IT IS FURTHER ORDERED** that as soon as practicable after the Substantial Consummation of the Plan, the Debtor shall file a Motion to have the case closed, for the Debtor's discharge, and to have the Court enter a final decree.

**IT IS SO ORDERED.**

# # #

Reviewed by:

/s/ Amy L. Good per email authorization dated 11-7-2025
Amy L. Good
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Work: (216) 522-7809

*/s/ Patricia Fugée per email authorization dated 11-7-2025*
Patricia Fugée
27100 Oakmead Drive
Box 306
Perrysburg, OH 43551
direct: 419.874.6859
fax: 419.550.1515
patricia.fugee@fisherbroyles.com
Subchapter V Trustee