United States Bankruptcy Court

Northern District of Ohio

In re:

TJ Trucking Enterprises, LLC

    Debtor

Case No. 25-31433-jpg

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0647-3 | User: sheym | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: 242 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TJ Trucking Enterprises, LLC, 1109 Bernath Pkwy, Toledo, OH 43615-6745 |
| 28230372 | + | 20 Sun Federal Credit Union, 1627 Holland Rd., Maumee, OH 43537-1622 |
| 28230373 | + | 20 Transportation Alliance Bank Inc., 4185 Harrison Blvd., Ogden, UT 84403-2475 |
| 28230374 | | 20 US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 28230375 | | 20 Volvo Financial Services, PO Box 26131, Greensboro, NC 27402-6131 |
| 28230376 | + | 20 Volvo Parts and Servicing, P.O. Box 7247-6171, Philadelphia, PA 19170-0001 |
| 28230377 | + | 20 Wells Fargo, PO Box 29482, Phoenix, AZ 85038-9482 |
| 28230366 | + | American Express - Blueprint, PO Box 30381, Salt Lake City, UT 84130-0381 |
| 28295238 | + | Banc of America Leasing & Capital, LLC as assignee, Thomas L. Henderson - McGlinchey Staffor, 3401 Tuttle Rd., Suite 200, Cleveland, OH 44122-6357 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Nov 10 2025 20:54:00 | American Express National Bank c/o Zwicker & Assoc, Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810, UNITED STATES 01810-0943 |
| cr | + | Email/Text: vfs.bnc.us@volvo.com | Nov 10 2025 20:53:00 | VFS US LLC, 8003 Piedmont Triad Parkway, Greensboro, NC 27409-9407 |
| 28230365 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2025 21:00:59 | American Express, PO Box 60189, City of Industry, CA 91716-0189 |
| 28263502 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2025 20:50:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 28263443 | + | Email/Text: bkfilings@zwickerpc.com | Nov 10 2025 20:54:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 28260181 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2025 20:50:44 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 28230367 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2025 20:49:44 | Capital One Spark, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 28230369 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2025 20:53:00 | Internal Revenue Service, Insolvency Group 6, 1240 East Ninth Street, Room 493, Cleveland, OH 44199-9941 |
| 28256720 | + | Email/Text: BKRMailOps@weltman.com | Nov 10 2025 20:54:00 | SUN FEDERAL CREDIT UNION, c/o Weltman Weinberg & Reis Co LPA, 5990 West Creek Rd. Ste 200, INDEPENDENCE, OH 44131-2191 |
| 28230371 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 10 2025 20:54:00 | State of Ohio, Attn: Bankruptcy Division, P.O. |

|  |  |  | Box 530, Columbus, OH 43216-0530 |
|---|---|---|---|
| 28296192 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Nov 10 2025 20:53:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 28289576 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Nov 10 2025 21:00:58 | Wells Fargo Bank, N.A., PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Sun Federal Credit Union |
| cr | | Transportation Alliance Bank Inc. |
| 28230368 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 28230370 | ##+ | Mack Financial Services, 1120 S Telegraph Rd, Monroe, MI 48161-4006 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric R. Neuman | |
| | on behalf of Debtor TJ Trucking Enterprises  LLC Eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| John P Murray | |
| | on behalf of Creditor Transportation Alliance Bank Inc. jmurray@mcglinchey.com |
| Kerri N. Bruckner | |
| | on behalf of Creditor VFS US LLC Kerri.Bruckner@mccalla.com |
| Milos Gvozdenovic | |
| | on behalf of Creditor Sun Federal Credit Union mgvozdenovic@weltman.com  ecfndoh@weltman.com |
| Patricia B. Fugee | |
| | patricia.fugee@fisherbroyles.com  cpbf11@trustesolutions.net |
| Patricia B. Fugee | |
| | on behalf of Trustee Patricia B. Fugee patricia.fugee@fisherbroyles.com  cpbf11@trustesolutions.net |
| Spencer Lutz | |
| | on behalf of U.S. Trustee United States Trustee spencer.lutz@usdoj.gov |
| Susan M. Argo | |
| | on behalf of Creditor VFS US LLC sargo@brickergraydon.com |

District/off: 0647-3

User: sheym

Page 3 of 3

Date Rcvd: Nov 10, 2025

Form ID: 242

Total Noticed: 21

TOTAL: 8

Northern District Of Ohio
United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604
**Case No. 25–31433–jpg**

**In re:**
  TJ Trucking Enterprises, LLC
  1109 Bernath Pkwy
  Toledo, OH 43615

**Social Security No.:**

**Employer's Tax I.D. No.:**
  20–1722386

**NOTICE OF CONFIRMATION OF PLAN**

**To the Creditors and Parties in Interest:**

On November 10, 2025 , this Court entered an Order confirming the Debtor's Plan of Reorganization. Be advised that the confirmed plan and order confirming plan are on file with:

United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604

**Dated:** November 10, 2025
Form ohnb242

For the Court
Josiah C. Sell, Clerk