UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

In re: | Case No. 25-31433-JPG
|
TJ TRUCKING ENTERPRISES, LLC | Chapter 11
|
| Judge John P. Gustafson
Debtor

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Patricia B. Fugée , having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. A plan was confirmed on 11/10/2025. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a) [or 28 U.S.C. 586(e)(5), as applicable], on 1/28/2026, the Court ordered compensation of $3,029.50 be awarded to the trustee. These funds were paid by the debtor to the trustee on 1/28/2026. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: 2/10/2026          By: /s/Patricia B. Fugée
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR D